UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2443

------------------------------------------------------------x

NATURAL RESOURCES DEFENSE COUNCIL, INC.,

    Plaintiff,

  - v. -

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

------------------------------------------------------------x

Civ. No. _____

*[FILED STAMP: MAR 11 2008 U.S.D.C. S.D.N.Y. CASHIERS]*

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc. submits that it is a non-profit corporation with no outstanding shares or debt securities in the hands of the public and that it does not have any parents, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated: March 11, 2008
      New York, NY

                                             Respectfully submitted,

                                             */s/ Nancy S. Marks*
                                             Nancy S. Marks
                                             Natural Resources Defense Council
                                             40 West 20th Street
                                             New York, NY 10011
                                             Phone: (212) 727-2700
                                             Fax: (212) 727-1773

                                             Thomas Cmar
                                             Natural Resources Defense Council
                                             1200 New York Ave., N.W., Ste. 400
                                             Washington, DC 20005

Case 1:08-cv-02443-DLC  Document 2  Filed 03/11/2008  Page 2 of 4

Phone: (202) 289-2405
Fax: (202) 289-1060

Counsel for Plaintiff

2

Case 1:08-cv-02443-DLC    Document 2    Filed 03/11/2008    Page 4 of 4