UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                 :

NATURAL RESOURCES DEFENSE COUNCIL, INC.,  :  Civ. No. 08-2443 (DLC)
                                                                 :
         Plaintiff,                                               :  ECF CASE
                                                                 :
         - v. -                                               :  **NOTICE OF**
                                                                 :  **APPEARANCE AND**
UNITED STATES ENVIRONMENTAL         :  **REQUEST FOR**
PROTECTION AGENCY,                         :  **ELECTRONIC**
                                                                  :  **NOTIFICATION**
         Defendant.                                        :
------------------------------------------------------------------------x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: April 10, 2008
        New York, NY

                                              Respectfully submitted,

                                                                    /s/
                                              Thomas Cmar (TC 8791)
                                              Natural Resources Defense Council, Inc.
                                              1200 New York Ave., NW, Ste. 400
                                              Washington, DC  20005
                                              Phone:  (202) 289-2405
                                              Fax:  (202) 289-1060

                                              Counsel for Plaintiff