UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
                                                      :
NATURAL RESOURCES DEFENSE                             :
COUNCIL, INC.,                                        :     NOTICE OF MOTION
                                                      :
            Plaintiff,                                :     08 Civ. 2443 (DLC)
                                                      :
    - v. -                                            :     ECF Case
                                                      :
UNITED STATES ENVIRONMENTAL                           :
PROTECTION AGENCY,                                    :
                                                      :
            Defendant.                                :
------------------------------------------------------x
```

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Natural Resources Defense Council, Inc. hereby moves this Court for an order awarding Plaintiff partial summary judgment granting Plaintiff a public interest fee waiver under the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(A)(iii).  For the reasons set forth in the accompanying motion papers, there are no genuine issues of material fact in dispute and Plaintiff is entitled to judgment as a matter of law.  In support of this motion, Plaintiff submits the accompanying memorandum of law, a statement of material facts as to which there is no genuine issue, the Declaration of Aaron Colangelo, and Exhibits A through D annexed thereto.

Dated:  June 3, 2008
       Washington, DC                      Respectfully submitted,


                                                                                         s/
                                                                                    Thomas Cmar
                                                                                    NATURAL RESOURCES DEFENSE COUNCIL
                                                                                    1200 New York Ave., N.W., Ste. 400
                                                                                    Washington, DC  20005
                                                                                    Phone:  (202) 289-2405
                                                                                    Fax:  (202) 289-1060

        Nancy S. Marks
NATURAL RESOURCES DEFENSE COUNCIL
40 West 20th Street
New York, NY  10011
Phone:  (212) 727-2700
Fax:  (212) 727-1773

Counsel for Plaintiff

TO:    Michael J. Garcia
       United States Attorney for the
       Southern District of New York
       86 Chambers Street
       New York, New York 10007
       Attention:  Serrin Turner
       Assistant U.S. Attorney