MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No. (212) 637-2701
Fax No. (212) 637-2686
Email: serrin.turner@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 08 Civ. 2443 (DLC) |
| | : | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | : | ECF CASE |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment and in Support of Defendant's Cross-Motion for Partial Summary Judgment, and the accompanying Declaration of Serrin Turner and the exhibits attached thereto, defendant, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court before the Honorable Denise L. Cote for an order granting partial summary judgment to defendant upholding its denial of plaintiff's fee waiver request under the Freedom of Information Act, 5 U.S.C. §§ 552 *et seq*.

Dated: New York, New York  
       July 7, 2008

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendant

By:    */s/ Serrin Turner*  
SERRIN TURNER  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Telephone: (212) 637-2701  
Facsimile: (212) 637-2686  
Email: serrin.turner@usdoj.gov