UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED

---------------------------------------------------x

NATURAL RESOURCES DEFENSE  :   **MOTION TO ADMIT COUNSEL**
COUNCIL, INC.,             :   **PRO HAC VICE**

    Plaintiff,             :

  - v. -                     :
                             :   08 Civ. 2443 (DLC)
UNITED STATES ENVIRONMENTAL :
PROTECTION AGENCY,         :   ECF Case

    Defendant.             :

---------------------------------------------------x

Granted.
/s/ Denise Cote
July 25, 2008

MEMO ENDORSED

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas Cmar, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Aaron Colangelo
Natural Resources Defense Council
1200 New York Ave., NW, Suite 400
Washington, D.C. 20005
Phone: (202) 289-6868
Fax: (202) 289-1060

Aaron Colangelo is a member in good standing of the Bar of the District of Columbia. There is no pending disciplinary proceeding against Aaron Colangelo in any State or Federal court.

Dated: July 17, 2008
Washington, D.C.

Respectfully submitted,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08

Thomas Cmar (TC 8791)
NATURAL RESOURCES DEFENSE COUNCIL
1200 New York Ave., NW, Suite 400
Washington, D.C. 20005