```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
NATURAL RESOURCES DEFENSE COUNCIL,        :
INC.,                                     :
                          Plaintiff,      :    08 Civ. 2443 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
UNITED STATES ENVIRONMENTAL PROTECTION    :
AGENCY,                                   :
                          Defendant.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

        By Opinion and Order issued today, the parties' cross-

motions for partial summary judgment were each granted in part.

Accordingly, it is hereby

        ORDERED that the parties shall provide the Court with a

status letter by September 12, 2008.

        SO ORDERED:

Dated:    New York, New York
          August 19, 2008

                              _____
                                       DENISE COTE
                              United States District Judge