UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Natural Resources Defense
Council, Inc                  Plaintiff,

                                                                             08    **CIVIL** 1082 (LAK)

       -against-

United States Environmental
Protection Agency             Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Thomas Cmar__

☐ *Attorney*

    X    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TC 8791

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*    101 N. Wacker Dr, suite 609, Chicago, IL 60606

☐   *Telephone Number:*    312-780-7430

☐   *Fax Number:*    312-663-9920

☐   *E-Mail Address:*    tcmar@nrdc.org

Dated: August 29, 2008            _[signature]_